IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01556-ZLW-KLM

EDGNA ALMEIDA,

    Plaintiff,

v.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, a Connecticut corporation,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on a **Joint Motion to Modify Scheduling Order** [Docket No. 46; Filed April 13, 2010] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Order [#29] is amended as follows: the Discovery Cutoff is extended to June 17, 2010; and the Dispositive Motions Deadline is extended to July 16, 2010.

Dated: April 15, 2010